UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STEPHANIE E. SLOSER,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action Number 07-2120 (RCL) |
| **ARAMARK CORPORATION,** | ) | |
| Defendant. | ) | |

## ORDER

Defendant Aramark Corporation has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 4, 2007.