THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHANIE E. SLOSER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07CV02120 RCL |
| ) | |
| **ARAMARK CORPORATION** ) | |
| ) | |
| Defendant. ) | |

### JOINT REPORT OF THE PARTIES PURSUANT TO LCvR 16.3

In accordance with LCvR 16.3, the parties have met and conferred by telephone and e-mail and file the following Joint Report:

1. Plaintiff Stephanie Sloser believes this matter will be disposed of before this Court on her forthcoming motion to remand. Defendant ARAMARK Corporation ("ARAMARK") believes this matter will not be remanded, but will be resolved by dispositive motion at the close of discovery.

2. No parties need to be joined. The parties cannot identify with particularity and/or agree upon the issues at this time, but will make every effort to narrow the facts and issues in this matter after the filing of dispositive motions at the close of discovery.

3. The parties do not agree to have this matter assigned to a magistrate judge for all purposes, including trial.

4. The parties believe that there is a possibility that this matter may be settled. To that end, the parties are engaged in settlement discussions.

5. The parties believe this matter could benefit from the Court's alternative dispute resolution procedures and believe the matter should be referred to mediation after the completion of discovery.

6. Ms. Sloser does not believe this case will be resolved by summary judgment. ARAMARK believes the case will be resolved on its motion for summary judgment to be filed after the close of discovery. The parties request that the deadline for filing dispositive motions be 60 days after the close of discovery, *i.e.*, on or before July 29, 2008.

7. The parties stipulate to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that discovery should be conducted as set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court. The parties request that the Court set May 30, 2008, as the deadline for the completion of discovery. The parties will seek to agree on a protective order and submit a Stipulated Protective Order to the Court. If no agreement is reached by the parties, each party will submit its position to the Court for resolution and entry of a Protective Order. ARAMARK believes that a protective order is appropriate to protect confidential business information and personnel records.

9. The parties do not believe there is a need for modification of the requirements for expert witnesses.

10. This matter is not a class action.

11. The parties do not believe this matter should be bifurcated.

12. The parties request that a pretrial conference be scheduled for 30 days after the Court's decision on any dispositive motions filed after the close of discovery.

13. The parties request that the Court set a firm date for trial at the pretrial conference.

          Respectfully Submitted,

          /s/ Stephanie Sloser (by KEG with permission)
          Stephanie E. Sloser
          4633 Greene Place, NW
          Washington, DC 20007
          (202) 337-8374
          Plaintiff (pro se)

          /s/ Karen E. Gray
          Grace E .Speights (D.C. Bar No. 392091)
          Karen E. Gray(D.C. Bar No. 472341)
          Morgan, Lewis & Bockius LLP
          1111 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004
          (202) 739-3000
          (202) 739-3001(Fax)
          Attorneys for Defendant ARAMARK Corporation

Dated: December 31, 2007

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE E. SLOSER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARAMARK CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 07CV02120 RCL |

**SCHEDULING ORDER**

The Court, having considered the Joint Report of the Parties, enters the following Scheduling Order, in this matter:

1. The parties are not required to exchange initial disclosures.

2. All discovery in this action shall be completed on or before May 30, 2008.

3. The parties are referred to mediation, for a period of sixty days, after the close of discovery.

4. Dispositive motions shall be filed on or before July 29, 2008.

5. The pretrial conference in this matter shall be held on _____ ____, 2008.

6. The trial in this matter is scheduled for _____, 20____.

And It Is So Ordered, this _____ day of _____, 200_.

_____
Royce C. Lamberth
United States District Judge

Notice To:

Plaintiff (pro se):
Stephanie E. Sloser
4633 Greene Place, NW
Washington, DC 20007


Attorney for Defendant:
Grace E. Speights
Karen E. Gray
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004