## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STEPHANIE E. SLOSER** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07CV02120 RCL |
| **ARAMARK CORPORATION** | ) |
| **Defendant.** | ) |

## SCHEDULING ORDER

The Court, having considered the Joint Report of the Parties, enters the following Scheduling Order, in this matter:

1. The parties are not required to exchange initial disclosures.

2. All discovery in this action shall be completed on or before May 30, 2008.

3. The parties are referred to mediation, for a period of sixty days, after the close of discovery. A copy of this Order shall be provided to the Circuit Executive for assignment of a mediator.

4. Dispositive motions shall be filed on or before July 29, 2008.

5. Dates for pretrial conference and trial in this matter shall be set at a status conference to be scheduled after disposition of any dispositive motion(s).

And It Is So Ordered, this 2nd day of January, 2008.

_____/s/_____
Royce C. Lamberth
United States District Judge