UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephanie E. Sloser | ) | |
| | ) | |
| Plaintiff | ) | APPEARANCE |
| | ) | |
| v. | ) | Civil Action No. 07-2120 |
| | ) | |
| Aramark Corporation | ) | |
| | ) | |
| Defendant | ) | |

Appearance for the Limited Purpose of Mediation

To the Clerk of this court and all parties of record:

Please enter the appearance of Catherine E. Bocskor as counsel in this case for Stephanie E. Sloser for the limited purpose of mediation.

June 4, 2008

Bar Number 173666

*/s/ Catherine C. Bocskor/*

Catherine E. Bocskor
6000 Executive Boulevard
7th Floor
Rockville, Maryland 20852
Tel. 301-984-8844