UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephanie E. Sloser,
    Plaintiff,

v.                        Civ. Action No. 07-2120 (RCL)

Aramark Corporation,
    Defendant.

### NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
### FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

*[signature]*
Signature *of* pro se *party*

SE Sloser
Name *of* pro se *party (printed)*

4633 Greene Pl NW
Address

Washington DC 20007
City         State         Zip

202 337 8374
Telephone

Dated: June 9 '08

**RECEIVED**

JUN 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT