IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEPHANIE E. SLOSER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARAMARK CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.:  07CV02120 RCL<br>Judge:  Royce C. Lamberth |

## JOINT MOTION FOR EXTENSION
## OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS

Plaintiff Stephanie E. Sloser and Defendant ARAMARK Corporation (the "Parties"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby request an extension to file all dispositive motions up to and including August 29, 2008. In support of this motion, the Parties state:

1.     This Court issued a Scheduling Order on January 2, 2008.  That Order included a May 30, 2008 discovery deadline, and a July 29, 2008 deadline to file any dispositive motions.

2.     The January 2, 2008 Scheduling Order also referred the Parties to mediation for 60 days after the close of discovery.

3.     Because Plaintiff Stephanie Sloser is appearing *pro se*, the Court appointed counsel to represent Ms. Sloser for purposes of mediation.  That appointment was made on May 29, 2008.  On June 4, 2008, Catherine E. Bocskor entered an appearance in this matter on behalf of Plaintiff for the limited purposes of mediation.

DB1/61951635.2

4. On June 24, 2008, counsel received a communication from Michael Terry, the mediator in this matter, proposing dates for mediation in July 2008. The Parties will enter mediation with mediator Michael Terry on July 10, 2008.

5. Because the mediation date is only 19 days before the deadline for filing dispositive motions, the Parties respectfully request an extension of the deadline to file dispositive motions. The deadline, as it currently stands, would require the Parties to begin working on dispositive motions both before and during the mediation process. While the Parties are optimistic that this case may be successfully concluded in mediation, requiring the Parties to begin working on dispositive motions both before and during the mediation process would be a counterproductive expenditure of resources and may inhibit a successful mediation result.

6. Extending the deadline to file dispositive motions to August 29, 2008, would allow the Parties to focus on the mediation process and avoid incurring the unnecessary distraction and expense of working on dispositive motions while at the same time attempting to mediate the case. This proposed deadline also ensures that the Court's schedule will not be unduly disrupted and the Parties certify that the requested extension will not affect the trial date, which has not been set, or prejudice either party.

7. This is the first extension requested by either party for any motion deadline. This request is being brought in good faith and not for the purpose of delay or any other improper purpose.

WHEREFORE, Plaintiff Stephanie E. Sloser and Defendant ARAMARK Corporation respectfully request that this Court grant this Joint Motion for Extension of

the Deadline to File Dispositive Motions, and extend the deadline for filing dispositive motions up to and including August 29, 2008.

Dated:  July 8, 2008
        /s/ Karen E. Gray
Grace E. Speights (DC Bar No. 392091)
Karen E. Gray (DC Bar No. 472341)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant

And

/s/ Stephanie Sloser (by KEG with permission)
Stephanie E. Sloser, *pro se*
4633 Greene Place, NW
Washington, DC 20007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STEPHANIE E. SLOSER**,<br><br>Plaintiff,<br><br>v.<br><br>**ARAMARK CORPORATION**<br><br>Defendant. | Civil Action No.: 07CV02120 RCL<br>Judge: Royce C. Lamberth |

**ORDER GRANTING JOINT MOTION FOR EXTENSION
OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

Upon consideration of the Parties' Joint Motion for Extension of the Deadline to File Dispositive Motions, it is, this ___ day of _____, 2008, ORDERED that:

1. The Parties' joint motion for an extension is GRANTED.

2. Dispositive Motions shall be filed on or before August 29, 2008.

Royce C. Lamberth
United States District Judge

Notice To:

Plaintiff (*pro se*)
Stephanie E. Sloser
4633 Greene Place, NW
Washington, DC 20007

Attorney for Defendant:
Grace E. Speights (DC Bar No. 392091)
Karen E. Gray (DC Bar No. 472341)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

DB1/61951635.2