IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE E. SLOSER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARAMARK CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.: 07CV02120 RCL<br>Judge: Royce C. Lamberth |

**SECOND JOINT MOTION FOR EXTENSION
OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

Plaintiff Stephanie E. Sloser and Defendant ARAMARK Corporation (the "Parties"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby request an extension of time to file all dispositive motions up to and including September 12, 2008. In support of this motion, the Parties state:

1. This Court issued a Scheduling Order on January 2, 2008. That Order included a May 30, 2008 discovery deadline, and a July 29, 2008 deadline to file any dispositive motions.

2. The January 2, 2008 Scheduling Order also referred the Parties to mediation for 60 days after the close of discovery.

3. Because Plaintiff Stephanie Sloser is appearing *pro se*, the Court appointed counsel to represent Ms. Sloser for purposes of mediation. That appointment was made on May 29, 2008. On June 4, 2008, Catherine E. Bocskor entered an appearance in this matter on behalf of Plaintiff for the limited purposes of mediation.

4. The parties entered mediation with mediator Michael Terry on July 10, 2008.

5. Because the mediation date was only 19 days before the original deadline for filing dispositive motions, the Parties requested an extension of the deadline to file dispositive motions. The Court granted that motion by Minute Order dated July 9, 2008, and extended the deadline to file dispositive motion to August 29, 2008.

6. From July 10 through the present, the Parties have worked diligently and in good faith to reach a settlement. On August 14, 2008, the Parties reached an agreement in principle and are currently working on reducing all terms of the agreement to writing.

7. The Parties respectfully request that this Court extend the deadline to file dispositive motions to September 12, 2008, to allow the Parties to focus on finalizing and executing their written agreement.

8. This proposed deadline ensures that the Court's schedule will not be unduly disrupted and the Parties certify that the requested extension will not affect the trial date, which has not been set, or prejudice either party.

9. This request is being brought in good faith and not for the purpose of delay or any other improper purpose.

WHEREFORE, Plaintiff Stephanie E. Sloser and Defendant ARAMARK Corporation respectfully request that this Court grant this Second Joint Motion for Extension of the Deadline to File Dispositive Motions, and extend the deadline for filing dispositive motions up to and including September 12, 2008.

Dated:  August 29, 2008                 /s/ Karen E. Gray
Grace E. Speights (DC Bar No. 392091)
Karen E. Gray (DC Bar No. 472341)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant

               And

/s/ Stephanie Sloser (by KEG with permission)
Stephanie E. Sloser, *pro se*
4633 Greene Place, NW
Washington, DC 20007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHANIE E. SLOSER** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ARAMARK CORPORATION** )<br>)<br>Defendant. )<br>) | Civil Action No.: 07CV02120 RCL<br>Judge: Royce C. Lamberth |

**ORDER GRANTING SECOND JOINT MOTION FOR
EXTENSION OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

Upon consideration of the Parties' Second Joint Motion for Extension of the Deadline to File Dispositive Motions, it is, this ___ day of _____, 2008, ORDERED that:

1. The Parties' second joint motion for an extension is GRANTED.

2. Dispositive Motions shall be filed on or before September 12, 2008.

                                                Royce C. Lamberth
                                                United States District Judge

Notice To:

Plaintiff (*pro se*)
Stephanie E. Sloser
4633 Greene Place, NW
Washington, DC 20007

Attorney for Defendant:
Grace E. Speights (DC Bar No. 392091)
Karen E. Gray (DC Bar No. 472341)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004