UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STEPHANIE E. SLOSER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action Number 07-2120 (RCL) |
| **ARAMARK CORPORATION,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Parties' Second Motion for Extension of the Deadline to File Dispositive Motions [13], it is, this 5th day of September, 2008,

ORDERED that:

    1.    The Parties' second joint motion for an extension is GRANTED.

    2.    Dispositive Motions shall be filed on or before September 12, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 4, 2007.